JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANETH LOPEZ ROJAS, | Case No. ED CV 26-1437 FMO (MAA) |
|       Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, <u>et</u> <u>al</u>., | |
|       Respondents. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge